USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

September 29, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *Cuddy Law Firm, P.L.L.C. v. New York City Dep't. of Educ.,* 26-cv-7592 (GHW)(OTW)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that i) the September 25, 2026 answer deadline be extended, *nunc pro tunc*, to December 28, 2026; and that ii) the December 14, 2026 initial conference be adjourned to January 11, 2027 or a date thereafter more convenient for the Court. Plaintiff consents to these requests. This is the first request for an answer extension and an adjournment of the initial conference. The requested extension will allow Defendant to perform its internal review and make a request for settlement authority to the Office of the Comptroller. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

Application granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to December 28, 2026. The initial pretrial conference scheduled for December 14, 2026 is adjourned to January 13, 2027 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 8, 2026 order are due no later than January 6, 2027. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: September 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge